STATE OF NEW JERSEY v. JOHN PHELPS.

March 22, 1983.

Petition for certification granted.

JEFFREY AND SHARON BOSS v. ROCKLAND
ELECTRIC COMPANY.

March 22, 1983.

Petition for certification granted.

PAPER MILL PLAYHOUSE v. MILLBURN TOWNSHIP.

March 22, 1983.

Petition for certification granted.   (See 188 *N.J.Super.* 18)

STATE OF NEW JERSEY v. CHRISTOPHER SERRONE.

March 22, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. CHRISTOPHER SERRONE.

March 22, 1983.

Cross-petition for certification denied.